IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cr-00001-MHT |
| | ) | (WO) |
| CHARLES ANDRE TURNER | ) | |

**FORFEITURE MONEY JUDGMENT**

This cause comes before the court upon the government's motion for a forfeiture money judgment (Doc. 25) in the amount of $7,800.00.

Being fully advised of the relevant facts, the court hereby finds that defendant Charles Andre Turner obtained at least $7,800.00 in proceeds from the offenses of Possession of Stolen Mail Matter, Bank Fraud, and Aggravated Identity Theft, to which he pled guilty.

Accordingly, for good cause shown, it is ORDERED, ADJUDGED and DECREED that the government's motion (Doc. 25) is GRANTED; and pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $7,800.00.

Upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE, this the 27th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE