IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )          2:22cr1-MHT
                            )              (WO)
CHARLES ANDRE TURNER        )
```

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Charles Andre Turner, to receive mental-health treatment in accordance with the recommendations of Dr. Lauren E. Kois. *See* Psychological Evaluation (Doc. 9-1) at 9-11. Specifically, the Probation Office shall arrange for defendant Turner to receive (1) Cognitive Behavioral Therapy to treat his Impulse-Control Disorder: Compulsive Buying and Shopping; and (2) a psychiatric consultation to determine what, if any, medical intervention is appropriate.

It is further ORDERED that defendant Turner shall participate in a Compulsive Shopping and Buying support group such as: (i) Debtors Anonymous, (ii) Spending Anonymous, (iii) Stopping Overshopping, or (iv) Shopping Addiction Support Group.

DONE, this the 6th day of May, 2022.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**